UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------x

UNITED STATES OF AMERICA,

    -against-

Alberto Orlandez-Gamboa,

             Defendant.
----------------------------------------------------------x

99 Cr. 654 (CM)

**ORDER DIRECTING GOVERNMENT TO RESPOND TO DEFENDANT'S MOTION FILED PURSUANT TO 18 U.S.C. § 3582(c)(1)(A) AND THE FIRST STEP ACT**

McMahon, J.:

Defendant has filed a motion pursuant to 18 U.S.C. § 3582(c)((1)(A) and the First Step Act.

The U.S. Attorney's Office shall file a response to the motion, within thirty (30) days of this order. Defendant shall have thirty (30) days from the date on which he is served with the Government's response to file a reply. Absent further order, the motion will be considered fully submitted as of that date.

The Clerk of Court shall notify the Criminal Division of the U.S. Attorney's Office for the Southern District of New York that this order has been issued.

April 26, 2021

                                                  Colleen McMahon
                                                  District Court Judge